**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **GEORGE WILLIE GRACE** | § | |
| | § | |
| **v.** | § | **9:14-CV-87** |
| | § | |
| **DEBRA PATE SMITH** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 21), which recommends that the court dismiss this case for lack of subject matter jurisdiction. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 21) is **ADOPTED**; and this case is dismissed without prejudice.

**SIGNED this 8th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE